VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
MARGARET FOLEY, ESQ.
Nevada Bar No.: 7703
JOHN SKALAK, ESQ.
Nevada Bar No.: 4385
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 244
Las Vegas, NV  89123
Tel.: 702-476-2500
Fax: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
Email: mfoley@nelsonlawfirmlv.com
Email: jskalak@nelsonlawfirmlv.com
*Attorneys for Plaintiffs Dany Geraldo and Wendoly Guzman*

United States District Court for the District of Nevada

File Number 2:17-CV-00015-JCM-PAL

| | |
|---|---|
| DANY GERALDO AND WENDOLY GUZMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation; RC. WILLEY aka RC WILLEY FINANCIAL SERVICES, and JEROME R. BOWEN, ESQ.,<br><br>    Defendants. | Joint Notice of Appeal |

Notice is hereby given that DANY GERALDO and WENDOLY GUZMAN, Plantiffs in the above named case, hereby jointly appeal to the United States Court of

1 | Appeals for the Ninth Circuit from the final judgment entered in this action on the 26th day of July, 2017.

A Representation Statement pursuant to Circuit Rule 3-2(b) is attached to this Notice of Appeal.

DATED this 14th day of August, 2017.

/s/ *Vernon A. Nelson, Jr.*
_____
VERNON A. NELSON, JR., ESQ.
MARGARET FOLEY, ESQ.
JOHN SKALAK, ESQ.
*Attorneys for Dany Geraldo and Wendoly Guzman*
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV   89123
Tel.:  702-476-2500
Fax:  702-476-2788
vnelson@nelsonlawfirmlv.com
mfoley@nelsonlawfirmlv.com
jskalak@nelsonlawfirmlv.com