VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
MARGARET FOLEY, ESQ.
Nevada Bar No.: 7703
JOHN SKALAK, ESQ.
Nevada Bar No.: 4385
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 244
Las Vegas, NV   89123
Tel.:  702-476-2500
Fax:  702-476-2788
Email: vnelson@nelsonlawfirmlv.com
Email: mfoley@nelsonlawfirmlv.com
Email: jskalak@nelsonlawfirmlv.com
*Attorneys for Plaintiffs Dany Geraldo and Wendoly Guzman*

United States District Court for the District of Nevada

File Number 2:17-CV-00015-JCM-PAL

| | |
|---|---|
| DANY GERALDO AND WENDOLY GUZMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation; RC. WILLEY aka RC WILLEY FINANCIAL SERVICES, and JEROME R. BOWEN, ESQ.,<br><br>    Defendants. | Representation Statement Pursuant to Ninth Circuit Rule 3-2(b) |

DANY GERALDO and WENDOLY GUZMAN, Plantiffs in the above named case, hereby furnish the following list of all parties to this action along with the names, addresses and telephone numbers of their respective counsel.

This Representation Statement is made in compliance with Circuit Rule 3-2(b).

Plaintiffs DANY GERALDO and WENDOLY GUZMAN are represented by:

VERNON A. NELSON, JR., ESQ.
MARGARET FOLEY, ESQ.
JOHN SKALAK, ESQ.
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 244
Las Vegas, NV   89123
Tel.:  702-476-2500
Fax:  702-476-2788
vnelson@nelsonlawfirmlv.com
mfoley@nelsonlawfirmlv.com
jskalak@nelsonlawfirmlv.com

Defendants RICHLAND HOLDINGS, INC., dba Acctcorp of Southern Nevada, and RC WILLEY, aka RC Willey Financial Services, are represented by:

TERRY A. COFFING, ESQ.
CHAD F. CLEMENT, ESQ.
JARED M. MOSER, ESQ.
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145
Tel.:  702-382-0711
Fax:  702-382-5816
tcoffing@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com

Defendant ATTORNEY JEROME R. BOWEN, Esq. was served but has not appeared in this action.

DATED this 14th day of August, 2017.

/s/ *Vernon A. Nelson, Jr.*
_____
VERNON A. NELSON, JR., ESQ.
MARGARET FOLEY, ESQ.
JOHN SKALAK, ESQ.
*Attorneys for Dany Geraldo and Wendoly Guzman*
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV  89123
Tel.: 702-476-2500
Fax: 702-476-2788
vnelson@nelsonlawfirmlv.com
mfoley@nelsonlawfirmlv.com
jskalak@nelsonlawfirmlv.com