UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANY GERALDO, et al.,<br><br>                Plaintiffs,<br>     v.<br>RICHLAND HOLDINGS, INC., et al.,<br><br>                Defendants. | Case No. 2:17-cv-0015-JCM-PAL<br><br>ORDER<br><br>(Mot Sanctions – ECF No. 58) |

Before the court is Defendant Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada's Motion for Contempt Sanctions (ECF No. 58). The motion seeks contempt and other sanctions for the judgment debtor's failure to appear for a judgment debtor examination as ordered by the court. The judgment debtor examinations were scheduled for June 27, 2018. The motion alleges plaintiffs failed to produce documents required or to appear based on their counsel's email communication at 9:21 p.m. the night before the 10:00 a.m. judgment debtor examination. Counsel for the judgment debtors, Vernon Nelson, advised counsel for defendants that his clients would not be present for the judgment debtor examinations because a motion to stay the execution of the judgment was pending and counsel for the judgment debtor expected to have a supersedeas bond in place imminently.

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The judgment debtors shall have until **July 30, 2018** to file a response to the Motion for Contempt Sanctions.
2. Counsel for defendants shall have until **August 6, 2018** to file a reply.
3. A hearing on the Motion for Contempt Sanctions (ECF No. 58) is set for **August 14, 2018 at 2:00 p.m.** in Courtroom 3B.

4. Counsel for movants shall serve the judgment debtors a copy of this order and file proof of service with the clerk of court.

DATED this 19th day of July, 2018.

      _____
      PEGGY A. LEEN
      UNITED STATES MAGISTRATE JUDGE