UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANY GERALDO and WENDOLY GUZMAN, <br><br> Plaintiff(s), <br><br> v. <br><br> RICHLAND HOLDINGS, INC., et al., <br><br> Defendant(s). | Case No. 2:17-CV-15 JCM (PAL) <br><br> ORDER |

Presently before the court is the matter of *Geraldo et al v. Richland Holdings, Inc. et al*, case no. 2:17-cv-00015-JCM-PAL.

On July 30, 2018, plaintiffs Danny Geraldo and Wendoly Guzman filed a renewed motion for stay of proceedings to enforce judgments pending appeal. (ECF No. 65). Plaintiffs request that the renewed motion be considered on shortened time, as a hearing on defendants' motion for contempt[1] is currently set for August 14, 2018, in front of Magistrate Judge Leen. *Id.*

The court will set the briefing schedule as follows: defendants' response is due on or before August 6, 2018; plaintiffs' reply is due three days after defendants file their response (if any).

Accordingly,

IT IS SO ORDERED

DATED July 31, 2018.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Defendants' motion for contempt relates to the court order granting defendants' motion for a judgment debtor examination. Plaintiffs argue that they will not have to appear for the judgment debtor examination in the event that the court grants plaintiffs' renewed motion for stay of enforcement. (ECF No. 65).

**James C. Mahan**
**U.S. District Judge**