# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Dany Geraldo, et al.,

                      JUDGMENT IN A CIVIL CASE FOR ATTORNEY'S FEES

      Plaintiffs,

v.                           Case Number: 2:17-cv-00015-JCM-PAL

Richland Holdings, Inc., et al.,

      Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that attorneys fees are awarded in favor of AcctCorp in the amount of $45,314.34 and in favor of RC Willey in the amount of $23,164.08, all to be paid by plaintiffs' counsel, Vernon Nelson.

5/17/2019                                     DEBRA K. KEMPI
Date                                          Clerk

                                                      /s/ M. Reyes
                                                     Deputy Clerk